

*Samuel Rubin* and *Seymour J. Ugelow* for appellant.

*Melvin Liebowitz, Reuben Golin* and *Arthur A. Litt* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.

In the Matter of the Arbitration between LASTMOR PRODUCTS MFG. CORP. et al., Appellants, and ZENDEL STOROZUM, Respondent.

Argued May 19, 1952; decided June 5, 1952.

*Herbert M. Markham* and *Emanuel Greenberg* for appellants.
*Sidney Roffman* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

In the Matter of the Accounting of CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Surviving Trustee under a Trust Agreement Made by JOSEPH N. FORD, and as Administrator of the Estate of JOSEPH N. FORD, Deceased Trustee, Respondent. ANNIE W. HARSHBARGER et al., Appellants; MARIE G. FORD, Respondent.

Argued May 20, 1952; decided June 5, 1952.